## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TRISURA SPECIALTY INSURANCE
COMPANY,                                                    Case No.

      Plaintiff,

v.

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.,

      Defendant.

## <u>NOTICE OF REMOVAL</u>

Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick"), by and through undersigned counsel, hereby files this Notice of Removal for the civil action from the District Court of Oklahoma County, State of Oklahoma, Case No. CJ-2025-9248, to the United States District Court for the Western District of Oklahoma pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support, Sedgwick states as follows:

1.      This is a civil action originally filed by Plaintiff Trisura Specialty Insurance Company ("Trisura") in the District Court of Oklahoma County, Oklahoma, on or about December 13, 2025. See Petition and Summons (to be filed as Exhibit 1 and 2).

2.      Sedgwick was served through its registered agent, Corporation Service Company, on January 7, 2026. See Notice of Service of Process (to be filed as Exhibit 3). This Notice of Removal is timely under 28 U.S.C. § 1446(b).

3.      This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      Trisura alleges it is an Oklahoma corporation with its principal place of business in Oklahoma City, Oklahoma. Sedgwick is an Illinois corporation with its principal place of business in Memphis, Tennessee. Accordingly, complete diversity exists under 28 U.S.C. § 1332(c)(1).

5.      The amount in controversy requirement is satisfied. The Petition seeks, among other relief, actual, consequential, and statutory damages; attorneys' fees and costs; and punitive damages in excess of the amount set forth in 28 U.S.C. § 1332(a).

6.      This action is removable under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction. Sedgwick is the sole defendant; therefore, no consent of any other defendant is required.

7.      Pursuant to 28 U.S.C. § 1446(a), Sedgwick will file with this Notice of Removal a copy of all process, pleadings, and orders served upon Sedgwick in the state-court action, including (i) the Petition, (ii) the Summons, and (iii) the Notice of Service of Process.

8.      Promptly after filing this Notice of Removal, Sedgwick will give written notice to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the District Court of Oklahoma County, Oklahoma, as required by 28 U.S.C. § 1446(d). Upon such filing, the state court shall proceed no further unless and until the case is remanded.

9.      Sedgwick expressly reserves all defenses, including but not limited to lack of personal jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim upon which relief can be granted.

WHEREFORE, Sedgwick respectfully removes this action to this Court and requests that it proceed as a civil action in the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

*/s/ Brian P. Henry*_____
Brian P. Henry (Bar No. 0089069)
Rolfes Henry Co., LPA
5415 87th Street E.
Bradenton, FL 34211
TELEPHONE: (914) 684-0100
Email: bhenry@rolfeshenry.com
Email: kmcclintock@rolfeshenry.com
*Attorney For Defendant Sedgwick*
*Claims Management Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2026, I caused a true and correct copy of the foregoing to be served via ECF and/or electronic mail (as applicable) upon:

Michael J. McDaniel
McDaniel Law
7107 South Yale Avenue No. 424
Tulsa, OK 74136
michael@mcdaniel-law.com

*/s/ Brian P. Henry*_____
Brian P. Henry (Bar No. 0089069)