## IN THE UNITED STATES DISCTICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TRISURA SPECIALTY INSURANCE COMPANY,** | : | **Case NO.: 5:26-cv-00122-J** |
| | : | **JUDGE Bernard M. Jones, II** |
| **PLAINTIFF,** | | |
| | : | **MOTION OF DEFENDANT** |
| **v.** | | **SEDGWICK CLAIMS MANAGEMENT** |
| | : | **SERVICES, INC. TO DISMISS** |
| **SEDGWICK CLAIMS MANAGEMENT** | | **PLAINTIFF'S COMPLAINT FOR** |
| **SERVICES, INC.,** | : | **LACK OF PERSONAL** |
| | | **JURISDICTION** |
| **DEFENDANT.** | : | |

COMES NOW Defendant Sedgwick Claims Management Services, Inc., by and through counsel and, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and the accompanying memorandum of law, hereby moves this Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction over Defendant. The memorandum of law in support of this motion is filed contemporaneously herewith.

Date:   February 2, 2026,                                    Respectfully submitted:

By:    __/s/ Brian P. Henry_____
Brian P. Henry
ROLFES HENRY CO., LPA
5415 87th Street East
Bradenton, FL  34211
T:      (941) 684-0100
F:      (941) 684-0109
E:      bhenry@rolfeshenry.com
E:      kmcclintock@rolfeshenry.com

*Attorney for Defendant*
*Sedgwick Claims Management Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing Motion of Defendant Sedgwick Claims Management Services, Inc. to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction was served this 2nd day of February, 2026, via the Court's electronic filing service, upon the following:

Michael J. McDaniel, Esq.
McDaniel Law
7107 South Yale Avenue No. 424
Tulsa, OK  74136
michael@mcdaniel-law.com

And

Carl L. Evans, Jr., Esq.
McCathern, Shokouhi, Evans, PLLC
3710 Rawlins Street, Suite 1600
Dallas, TX  75219
cevans@mccathernlaw.com

*Attorneys for Plaintiff*

/s/ *Brian P. Henry*_____
Brian P. Henry