**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TRISURA SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-26-122-J |
| SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

Pursuant to the Order file this same day, Defendant's motion to dismiss is granted and judgment is entered for Defendant and against Plaintiff.

IT IS SO ORDERED this 6th day of March, 2026.

_____

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE